**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

    Case No.   1:18-cv-4829-NGG-JO

               Plaintiff,

        - against -

    **NOTICE OF SETTLEMENT**

TRIPLE T TRADING LTD d/b/a Northside USA,

               Defendant.
-----------------------------------------------------------X

    Now comes the Plaintiff, Rasheta Bunting, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

    1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

    2.  The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

    3.  We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated: Brooklyn, New York
       December 4, 2018

                                  SHAKED LAW GOUP, P.C.
                                Attorneys for Plaintiff

By: */s/Dan Shaked*_____
     Dan Shaked (DS-3331)
     44 Court St., Suite 1217
     Brooklyn, NY 11201
     Tel. (917) 373-9128
     Fax (718) 704-7555
     e-mail: ShakedLawGroup@Gmail.com