**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

D/F

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 18 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                      Plaintiff,

- against -

TRIPLE T TRADING LTD d/b/a Northside USA,

                      Defendant.
---------------------------------------------------------------X

Case No. 1:18-4829-NGG-JO

## NOTICE OF VOLUNTARY DISMISSAL

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Triple T Trading Ltd. No Answer has been filed in this case.

Dated: Brooklyn, New York
       December 14, 2018

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                                    By:*/s/Dan Shaked*
                                       Dan Shaked (DS-3331)
                                       44 Court St., Suite 1217
                                       Brooklyn, NY 11201
                                       Tel. (917) 373-9128
                                       Fax (718) 704-7555
                                       e-mail: ShakedLawGroup@Gmail.com

*[signature]*
s/Nicholas G. Garaufis
12/17/18